UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOSTER MARITIME INC.,

                Plaintiff,

  -against-

GLOBAL LOGISTICS CO., LTD,

                Defendant.

08 Civ. 10513 (PGG)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/09

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS this Court issued an Ex Parte Order for Process of Maritime Attachment and Garnishment on December 8, 2008; and

    WHEREAS on January 28, 2009, Plaintiff Foster Maritime Inc. sent a letter to the Court explaining that an arbitration in London has commenced but no assets of Defendant Global Logistics Co., Ltd have been attached; it is hereby

    ORDERED that the Court's December 8, 2008 Ex Parte Order for Process of Maritime Attachment and Garnishment will be vacated and the complaint dismissed if Plaintiff Foster Maritime Inc. does not show good cause by March 9, 2009, why the Process of Maritime Attachment and Garnishment should be maintained.

Dated: New York, New York
       February 6, 2009

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge