UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOSTER MARITIME INC.,

                Plaintiff,

      -against-

GLOBAL LOGISTICS CO., LTD,

                Defendant.

08 Civ. 10513 (PGG)

ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/8/09
```

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS this Court issued an Ex Parte Order for Process of Maritime Attachment and Garnishment on December 8, 2008; and

        WHEREAS this Court ordered Plaintiff Foster Maritime Inc. to show good cause by March 9, 2009 why this action should be maintained as no assets of Defendant Global Logistics Co., Ltd had been attached (Order dated Feb. 6, 2009, Docket No. 7); and

        WHEREAS this Court extended Plaintiff's time to show good cause until May 4, 2009 (Order dated March 4, 2009, Docket No. 8); and

        WHEREAS Plaintiff has neither notified the Court that Defendant's assets have been attached nor shown good cause why this action should be maintained; it is hereby

        ORDERED that the Rule B Order is vacated; and it is further

        ORDERED that any restraint of any assets or other property authorized by the Rule B Order is hereby vacated, and, if any assets or other property have been

restrained by a garnishee pursuant to the Rule B Order, Plaintiff must serve a copy of this

Order on Defendant and any garnishee by the means provided for in the Rule B Order by

May 11, 2009; and it is further

        ORDERED that this action is dismissed without prejudice; and it is further

        ORDERED that if Plaintiff chooses to commence a new action concerning

the dispute described in the Verified Complaint in the Southern District of New York,

Plaintiff shall designate the new action as related to this action.

        The Clerk of the Court is directed to close this case.


Dated:      New York, New York
           May 8, 2009

                SO ORDERED.

                _____
                Paul G. Gardephe
                United States District Judge